IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN GARCIA,

    Plaintiff,

  vs.                                No. CIV. S-11-2552 KJM GGH PS

UNITED AUBURN INDIAN
COMMUNITY, et al.,

    Defendants.             ORDER

_____/

        Plaintiff has filed a request for extension of time to file his amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's January 17, 2012 request for an extension of time is granted;

        2. Plaintiff is granted 45 days from the date of this order in which to file an amended complaint.

        No further extensions.

DATED: January 19, 2012

                                  /s/ Gregory G. Hollows
                                  UNITED STATES MAGISTRATE JUDGE

GGH:076/Garcia2552.eot.wpd

1